IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAVAJO HEALTH FOUNDATION/
SAGE MEMORIAL HOSPITAL,

        Plaintiff,

v.

THE HONORABLE MIKE LEAVITT, in his capacity as Secretary for Health and Human Services, the DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA,

        Defendants.

Civil Action No. _____

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

    I, the undersigned counsel of record for NAVAHO HEALTH FOUNDATION/SAGE MEMORIAL HOSPITAL, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries and affiliates of NAVAHO HEALTH FOUNDATION/SAGE MEMORIAL HOSPITAL, which have nay outstanding securities in the hands of the public:

None.

                                    _____
                                    JOEL D. JOSEPH
                                    7272 Wisconsin Avenue, Suite 300
                                    Bethesda, Maryland 20814
                                    (301) 941-1989
                                    Attorney for Plaintiff