UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION ) <br> d/b/a SAGE MEMORIAL HOSPITAL, ) <br>       Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> Secretary, United States Department of ) <br> Health and Human Services, ) <br> ) <br>       Defendant. ) | Civ. Action No. 1:07-0151 (RWR) <br>  ECF |

**MOTION FOR ENLARGEMENT OF TIME**

     Defendant Michael O. Leavitt, Secretary, United States Department of Health and Human Services, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint. Defendant requests that the deadline for responding be extended thirty days, from March 30 to April 30, 2007.  This is Defendant's first request for an enlargement of time in this case, and no scheduling order has been entered.  Pursuant to LCvR 7(m), counsel attempted to contact Plaintiff's counsel via telephone and email concerning the instant motion.  However, the telephone number and email address listed on the Complaint and on the Court's docket do not appear to be valid.

     This enlargement of time is sought because additional time is needed for counsel for Defendant to confer with agency counsel about the circumstances of this case.  Counsel for Defendant was very recently assigned to this case.  Although counsel has been in contact with agency counsel, she has been unable to obtain, and does not anticipate being able to obtain, all of the necessary information in order to formulate Defendant's response prior to the current

deadline. Following further consultation with agency counsel, counsel for Defendant anticipates that she can better address the relevant issues in this case.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to April 30, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220

# CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff pursuant to the Court's electronic filing system, addressed to:

> **Joel D. Joseph**[1]
> Joseph & Associates
> 7272 Wisconsin Avenue
> Suite 300
> Bethesda, MD 20814
> josephassociates@comcast.net

on this  28th  day of March, 2007.

---

MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530

---

[1] Defendant notes that the email address listed on the Court's docket does not appear to be a valid address.  Therefore, Defendant has also mailed the instant motion to Plaintiff's counsel via first-class mail.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION d/b/a SAGE MEMORIAL HOSPITAL,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of Health and Human Services,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civ. Action No. 1:07-0151 (RWR)<br>)　　ECF<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until April 30, 2007, to respond to the complaint.

_____
United States District Court Judge

cc:　　By ECF