IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION/<br>SAGE MEMORIAL HOSPITAL,<br><br>        Plaintiff,<br><br>v.<br><br>THE HONORABLE MIKE LEAVITT, in his capacity as Secretary for Health and Human Services, the DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA,<br><br>        Defendants. | Civil Action No. 1:07-00151 (RWR) |

## MOTION TO APPEAR *PRO HAC VICE*

THE UNDERSIGNED MOVES this Honorable Court to admit, *pro hac vice*, Michael J. Walleri, of Fairbanks, Alaska for the captioned matter. This motion is supported by the attached memorandum.

                                      s/Joel D. Joseph

                                      JOEL D. JOSEPH
                                      7272 Wisconsin Avenue, Suite 300
                                      Bethesda, MD 20814
                                      (240) 432-1808

JOSEPH & ASSOCIATES
JOEL D. JOSEPH
7272 Wisconsin Avenue, Suite 300
Bethesda, MD 20814
(301) 941-1989

MICHAEL J. WALLERI
LAW OFFICES OF MICHAEL J. WALLERI
330 Wendell Street, Suite E
Fairbanks, AK 99701
(907) 452-4716

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION/<br>SAGE MEMORIAL HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>THE HONORABLE MIKE LEAVITT, in his capacity as Secretary for Health and Human Services, the DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA,<br><br>Defendants. | Civil Action No. 1:07-00151 (RWR)<br><br>**DECLARATION** |

    I, MICHAEL J. WALLERI, hereby declare and affirm under pain and penalty of perjury:

1) That my full name is Michael John Walleri;

2) My office is located at 330 Wendell Street, Suite E, Fairbanks, Alaska 99701, and my office telephone number is (907) 452-4716;

3) I have been admitted to the Alaska Bar since 1979 (see certificate of good standing, attached hereto), the bar of the United States District Court of Alaska, the United States Court of Appeals Ninth Circuit, and the United States Supreme Court;

4) I have never been disciplined by any bar;

5) I have not applied for admission *pro hac vice* with this Court in the past two years;

6) I do not maintain an office in the District of Columbia.

DATED this 17th day of May, 2007.

*[signature]*

MICHAEL J. WALLERI
LAW OFFICES OF MICHAEL J. WALLERI
330 Wendell Street, Suite E
Fairbanks, AK 99701
(907) 452-4716
(907) 452-4725 (Facsimile)
Walleri@gci.net
Alaska Bar Number 7906060



**STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT**

I, Deborah O'Regan, Executive Director of the Alaska Bar Association and custodian of its records hereby certify that **Michael J. Walleri** has been admitted to the Bar of this State since June of 1979 in all of the Courts of this State; and is presently an active member in good standing of the Alaska Bar Association.

IN WITNESS WHEREOF, I have here unto set my hand on this the 9th of January, 2007.

ALASKA BAR ASSOCIATION

Deborah O'Regan
Executive Director

P.O. Box 100279 • Anchorage, Alaska 99510-0279
907-272-7469 • Fax 907-272-2932 • http://www.alaskabar.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION/ SAGE MEMORIAL HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>THE HONORABLE MIKE LEAVITT, in his capacity as Secretary for Health and Human Services, the DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA,<br><br>Defendants. | Civil Action No. 1:07-00151 (RWR) |

## ORDER GRANTING *PRO HAC VICE*

UPON Plaintiff's motion to appear *Pro Hac Vice* and the Court being apprised of the premises therein,

**IT IS HEREBY ORDERED,** that Plaintiff's motion to appear *Pro Hac Vice* is hereby **GRANTED**.

Date: _____

_____
U.S. District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION/<br>SAGE MEMORIAL HOSPITAL,<br><br>            Plaintiff,<br><br>v.<br><br>THE HONORABLE MIKE LEAVITT, in his capacity as Secretary for Health and Human Services, the DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA,<br><br>            Defendants. | Civil Action No. 1:07-00151 (RWR) |

## **MEMORANDUM IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

LCvR 83.2(d) requires that any attorney seeking to appear *pro hac vice* must have a member of the bar of this Court file a motion accompanied by a declaration of the attorney seeking to appear that sets forth his fitness to appear *pro hac vice* before this Court. A declaration by Mr. Walleri as required by LCvR 83.2(d) is attached hereto.

>              /S/
> JOEL D. JOSEPH
> 7272 Wisconsin Avenue, Suite 300
> Bethesda, MD 20814
> (240) 432-1808