IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION/<br>SAGE MEMORIAL HOSPITAL,<br><br>      Plaintiff,<br><br>v.<br><br>THE HONORABLE MIKE LEAVITT, in his capacity as Secretary for Health and Human Services, the DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA,<br><br>      Defendants. | Civil Action No. 1:07-00151 (RWR) |

### MOTION FOR LEAVE TO FILE PROPOSED SCHEDULING ORDER

The parties have agreed on the terms of the proposed scheduling order, which is submitted herewith. Plaintiff is filing this proposed order. Defendants have no objection to the filing of this motion or the adoption by the court of the proposed order.

                                                s/Joel D. Joseph

                                                JOEL D. JOSEPH
                                                7272 Wisconsin Avenue, Suite 300
                                                Bethesda, MD 20814
                                                (240) 432-1808
                                                Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION<br>d/b/a SAGE MEMORIAL HOSPITAL,<br><br>               Plaintiff,<br>   v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services, and<br>THE UNITED STATES OF AMERICA,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civ. Action No. 1:07-00151 (RWR)<br>)  ECF<br>)<br>)<br>)<br>)<br>)<br>) |

**[Proposed] Scheduling Order**

IT IS HEREBY ORDERED that:

1. Initial Disclosures. The parties agree to dispense with initial disclosures in anticipation of defendant's production of the administrative record.

2. Discovery. The parties disagree as to whether discovery is appropriate in this action. Defendants assert that this action is to be reviewed on the administrative record and that the issues presented in plaintiff's complaint are purely legal. The plaintiff disagrees. The parties, however, will make good faith efforts to agree on the contents of an administrative record within 60 days of the date of the scheduling conference. If plaintiff, after reviewing the proposed administrative record, seeks additional discovery, plaintiff shall file a motion for same on or before 75 days following the date of the scheduling conference.

3. <u>Motions for Summary Judgment</u>.  Within 60 days of the filing of the administrative record in this action, Defendants shall move for summary judgment.  Plaintiff shall have 60 days to respond/cross move for summary judgment.  Defendants shall then have 30 days to file a reply/opposition to cross motion (if filed).  Plaintiff shall have 14 days to file a reply on the cross motion (if filed).

**IT IS SO ORDERED.**

Dated this __ day of ____, 2007.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

<u>Copies to</u>:

MICHAEL J. WALLERI
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK 99701
907-452-4716
walleri@gci.net

JOEL D. JOSEPH
Law Offices of Joel D. Joseph
Bar No. 183830
7272 Wisconsin Avenue, Suite 300
Bethesda, MD 20814
301-941-1989

joeljoseph@gmail.com

WILLIAM B. JAFFE
U.S. Dept. of Justice, Room 6109
20 Massachusetts Avenue, NW
Washington, D.C. 20035
202-353-7633
william.jaffe@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on _____ I sent, via electronic mail, a copy of the Scheduling Order in this Action, addressed to:

| | |
|---|---|
| JOEL D. JOSEPH | William B. Jaffe |
| Law Offices of Joel D. Joseph | U.S. Dept. of Justice, Rm 6109 |
| Bar No. 183830 | 20 Mass. Ave. NW |
| 7272 Wisconsin Avenue, Suite 300 | Washington, D.C. 20035 |
| Bethesda, MD 20814 | 202-353-7633 |
| 301-941-1989 | william.jaffe@usdoj.gov |
| joeljoseph@gmail.com | |

Dated: Fairbanks, AK
    June \_\_, 2007

                                      /s/Michael J. Walleri
                                      MICHAEL J. WALLERI