IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 07-0151 (RWR) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL O. LEAVITT, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF FILING OF ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.4(e), defendants, by and through undersigned counsel, are filing along with this Notice a CD-ROM containing an electronic copy of the Administrative Record in support of the administrative decision at issue in this action. The CD-ROM of the Administrative Record is being maintained in the case file in the Clerk's Office. It will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

/s/William B. Jaffe
SHEILA M. LIEBER
Deputy Director
WILLIAM B. JAFFE (N.Y. Bar)

          Trial Attorney
Federal Programs Branch, Room 6110
Civil Division
<u>Mailing Address</u>
P.O. Box 883
Washington, DC  20044
<u>Delivery Address</u>
20 Massachusetts Avenue, NW
Washington, DC  20001
Telephone:  (202) 353-7633
Facsimile:   (202) 616-8460
E-mail: william.jaffe@usdoj.gov

Dated:  September 11, 2007        Counsel for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 11, 2007  I sent, via electronic mail, a copy of

Defendants' Notice of Filing of Administrative Record, addressed to:

| | |
|---|---|
| JOEL D. JOSEPH | MICHAEL J. WALLERI |
| Law Offices of Joel D. Joseph | Law Offices of Michael J. Walleri |
| Bar No. 183830 | 330 Wendell Street, Suite E |
| 7272 Wisconsin Avenue, Suite 300 | Fairbanks, AK 99701 |
| Bethesda, MD 20814 | 907-452-4716 |
| 301-941-1989 | walleri@gci.net |
| joeljoseph@gmail.com | |

September 11, 2007

                                          /s/William B. Jaffe
                                          WILLIAM B. JAFFE