UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION<br>d/b/a SAGE MEMORIAL HOSPITAL,<br><br>                Plaintiff,<br>    v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services, and<br>THE UNITED STATES OF AMERICA,<br><br>                Defendants. | Civ. Action No. 1:07-00151 (RWR)<br>ECF |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD**

Pursuant to 5 U.S.C. § 706, I hereby certify to the best of my knowledge and belief that the index of documents annexed hereto constitutes a true and correct copy of the administrative record related to the proceedings at issue in the above-captioned case. Privileged information is not included.

/s/ Therese Hickey
THERESE HICKEY
Assistant Regional Counsel
U.S. Department of Health and Human Services

Dated: September 24, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION d/b/a ) <br> SAGE MEMORIAL HOSPITAL, ) <br> Highway 264 & US 191 ) <br> Ganado, AZ 86505, ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> THE HONORABLE MIKE LEAVITT, in ) <br> his capacity as Secretary for Health ) <br> and Human Services, DEPARTMENT OF ) <br> HEALTH & HUMAN SERVICES, and THE ) <br> UNITED STATES OF AMERICA ) <br> ) <br>     Defendant. ) <br> ) | CASE NO. 1:07CV00151 <br><br> JUDGE: Richard W. Roberts <br><br><br><br><br><br><br><br> **AGENCY RECORD INDEX** |

VOLUME I

| Tab | Bate No. | Description of Document |
|---|---|---|
| **SUBPART A** | | **Procurement Contract** |
| 1 | | Contract No. 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, effective April 1, 2001, including modifications 1-39 |
| **SUBPART B** | | **Indian Self Determination Act (ISDA) Contract and related Annual Funding Agreements (AFA)** |
| 2 | | ISDA Contract, effective October 1, 2004 |
| 3 | | Fiscal Year (FY) 2005 AFA and attachments A-E |
| 4 | | FY 2006 AFA and attachments A-E |
| 5 | | FY 2007 AFA and attachments A-E |

VOLUME I (cont.)

| Tab | Bate No. | Description of Document |
|---|---|---|
| **SUBPART C** | | **FY 2004 ISDA Proposal and Related Correspondence** |
| 6 | | June 3, 2003 Letter from Robert Beauvais, Chief Executive Officer (CEO), NHF/Sage Memorial Hospital (Sage), Re Sage's Request for Assistance Preparing an ISDA Proposal |
| 7 | | FY 2004 ISDA Proposal, dated October 28, 2003 |
| 8 | | October 31, 2003 Letter from John Hubbard, Director, Navajo Area Indian Health Service (NAIHS), Re Receipt of Sage's FY2004 ISDA Proposal |
| 9 | | December 15, 2003 Letter from Richie Nez, President, Sage, Re Request for 120-day Extension of Time to Negotiate Sage's FY2004 ISDA Proposal |
| 10 | | December 19, 2003 Letter from John Hubbard, Director, NAIHS, Re Agreement to Extend Sage's FY2004 ISDA Proposal Negotiation Period through May 27, 2004 |
| 11 | | May 14, 2004 Letter from Richie Nez, President, Sage, Re Agreement to Extend Sage's FY2004 ISDA Proposal Negotiation Period through August 21, 2004 |
| 12 | | May 20, 2004 Letter from John Hubbard, Director, NAIHS, Re Agreement to Extend Sage's FY2004 ISDA Proposal Negotiation Period through August 21, 2004 |
| 13 | | August 9, 2004 Letter from Richie Nez, President, Sage, Re Request to Extend Sage's FY2004 ISDA Proposal Negotiation Period through October 1, 2004 |
| 14 | | August 19, 2004 Letter from John Hubbard, Director, NAIHS, Re Agreement to Extend Sage's FY2004 ISDA Proposal Negotiation Period through October 1, 2004 |
| 15 | | September 30, 2004 Letter from Randall Morgan, Director, NAOISD, Re Execution of Partial FY2004 ISDA Contract and NAIHS' Forthcoming Declination Decision |
| 16 | | October 20, 2004 Letter from John Hubbard, Director, NAIHS, Re Declination of Sage's FY 2004 ISDA Proposal |

VOLUME II

| Tab | Bate No. | Description of Document |
|---|---|---|
| **SUBPART D** | | **FY 2007 ISDA Proposal and Related Correspondence** |
| 17 | | August 3, 2006 Letter from Richie Nez, President, Sage, Re "Agreement to Disagree" about IHS' Ability to Reprogram Earmarked Funds |
| 18 | | FY 2007 ISDA Proposal, dated August 29, 2006, including Letter from Richie Nez, President, Sage, Re Request for Reprogramming and Technical Assistance |
| 19 | | September 7, 2006 Letter from John Hubbard, Director, NAIHS, Acknowledging Receipt of Sage's FY2007 ISDA Proposal |
| 20 | | September 21, 2006 "15 Day Letter" from John Hubbard, Director, NAIHS, Re NAIHS' Initial Review of Sage's FY2007 ISDA Proposal and Request for Additional Information |
| 21 | | October 2, 2006 Letter from Lauren Bernally, Interim CEO, Sage, Re Response to NAIHS' Request for Additional Information |
| 22 | | November 22, 2006 Letter from Randall Morgan, Director, NAIHS ISDA, Re Request for 30-day Extension to FY2007 90-day Review Period and Request for Clarification of Proposed "106(a)(1) amount" |
| 23 | | December 4, 2006 Letter from Tomicita Gorman, President, Sage, Re Declination of NAIHS' 30-day Review Period Extension Request |
| 24 | | December 5, 2006 Letter from John Hubbard, Director, NAIHS, Re Declination of Sage FY 2007 ISDA Proposal |
| **SUBPART E** | | **Documents and Correspondence regarding "Reprogramming"** |
| 25 | | May 23, 2006 Memorandum of Understanding Associated with Sage's FY2007 "Reprogramming" Request |
| 26 | | May 26, 2005 Letter from Rick Renzi, United States |

|  |  |
|---|---|
|  | Congressman, First District of Arizona, Re Sage Budget "Reprogramming Request" |
| 27 | Summary Statement for Secretarial Correspondence |
| 28 | July 28, 2006 Memo to Assistant Secretary for Resources and Technology, Re Proposed Reallocation of Funds in the IHS, including attachments |
| **PART F** | **Applicable Agency Policy** |
| 29 | August 2, 2001 "Dear Tribal Leader" Letter from Michael Trujillo, Director, IHS, Re Contract Support Costs (CSC) |
| 30 | IHS CSC Policy Circular 2001-05, and exhibits A-G |
| 31 | August 8, 2001 Memorandum Re CSC in Indian Health Care Improvement Fund (IHCIF), Contract Health Services (CHS) and Other Program Increases |
| 32 | March 10, 2003 Memorandum Re Delegation of Authority to Review and Approve Tribal Requests for ISDA Funds |
| 33 | September 8, 2004 Memorandum Re Delegation of Authority to Review and Approve Tribal Requests for ISDA Funds |
| 34 | IHS CSC Policy Circular 2004-03, and exhibits A-H |
| 35 | April 21, 2005 "Dear Tribal Leader" Letter from Charles Grim, Director, IHS, Re CSC Litigation |
| 36 | July 18, 2005 Letter Memorandum Charles Grim, Director, IHS, Re Language Relating to CSC in ISDA Title I and Title V Funding Agreements for FY2005 and FY2006 |
| 37 | February 13, 2006 "Dear Tribal Leader" Letter from Charles Grim, Director, IHS, Re CSC |
| 38 | September 7, 2006 "Dear Tribal Leader" Letter from Charles Grim, Director, IHS, Re CSC |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2007 I sent, via electronic mail, a copy of Defendants' Certification of the Administrative Record, addressed to:

| | |
|---|---|
| JOEL D. JOSEPH | MICHAEL J. WALLERI |
| Law Offices of Joel D. Joseph | Law Offices of Michael J. Walleri |
| Bar No. 183830 | 330 Wendell Street, Suite E |
| 7272 Wisconsin Avenue, Suite 300 | Fairbanks, AK 99701 |
| Bethesda, MD 20814 | 907-452-4716 |
| 301-941-1989 | walleri@gci.net |
| joeljoseph@gmail.com | |

September 24, 2007

/s/ William B. Jaffe
WILLIAM B. JAFFE