UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION<br>d/b/a SAGE MEMORIAL HOSPITAL,<br><br>     Plaintiff,<br>  v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services,<br><br>     Defendant. | )<br>)<br>)<br>)<br>) Civ. Action No. 1:07-0151 (RWR)<br>) ECF<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

  With plaintiff's consent, defendant Michael O. Leavitt, Secretary, United States Department of Health and Human Services, by and through undersigned counsel, respectfully moves this Court, pursuant to Rule 6(b)(1), Fed. R. Civ. P., to extend the time to file defendant's motion for summary judgment and the corresponding schedule for filing any cross motions, opposition papers and reply papers.  The parties request that this deadline be extended from November 13, 2007 to January 15, 2008 for the following reasons.  The parties are still attempting to settle this action.  The parties need the additional period of time requested to determine whether budget allocations will permit any type of settlement and, if so, whether the parties can reach an agreement.

  In addition, plaintiff has recently requested that defendant produce certain documents beyond what has already been produced and filed by defendant as the administrative record in this action.  Plaintiff contends that it should be permitted to review these documents to ascertain whether they should be included in the administrative record.  While defendant contends that plaintiff is not entitled to include any additional documents in the administrative record, as they

are beyond its scope, defendant has agreed to provide certain of these documents to plaintiff in order to avoid extra motion practice. However, defendant will not produce any requested document that is privileged based upon deliberative process or the attorney-client privilege. Defendant also renews its contention that the administrative record that has already been filed in this action is complete.

    It will take defendant time to collect, review and produce these documents to plaintiff. Plaintiff will then need time to review the documents that have been produced and determine if it will file any subsequent motions based upon that production. This is the parties' first request for an enlargement of time of this deadline, and a proposed revised scheduling order is attached. This consent motion for an extension is sought in good faith and will not unfairly prejudice any party.

    WHEREFORE, based on the foregoing, defendant respectfully requests the Court to issue an order extending the time to file defendant's motion for summary judgment in accordance with the attached proposed scheduling order.

Dated: October 16, 2007

                                  Respectfully submitted,

                                  PETER D. KEISLER
                                Assistant Attorney General

                                JEFFREY A. TAYLOR
                                United States Attorney

                                SHEILA LIEBER
                                Assistant Branch Director
                                Civil Division

                                  s/ William B. Jaffe  (Electronic Filing)

WILLIAM B. JAFFE (NY Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 6109
Washington, D.C.  20530
Tel.: (202) 353-7633
Fax: (202) 616-8460
Email: william.jaffe@usdoj.gov
Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2007 I sent, via electronic mail, a copy of the enclosed Consent Motion for Enlargement of Time in this Action, addressed to:

| | |
|---|---|
| JOEL D. JOSEPH | MICHAEL J. WALLERI |
| Law Offices of Joel D. Joseph | Law Offices of Michael J. Walleri |
| Bar No. 183830 | 330 Wendell Street, Suite E |
| 7272 Wisconsin Avenue, Suite 300 | Fairbanks, AK 99701 |
| Bethesda, MD 20814 | 907-452-4716 |
| 301-941-1989 | walleri@gci.net |
| joeljoseph@gmail.com | |

Dated: October 16, 2007

                                                  /s/William B. Jaffe
                                                 WILLIAM B. JAFFE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION </br> d/b/a SAGE MEMORIAL HOSPITAL, </br> </br> Plaintiff, </br> v. </br> </br> MICHAEL O. LEAVITT, </br> Secretary, United States Department of </br> Health and Human Services, and </br> THE UNITED STATES OF AMERICA, </br> </br> Defendants. | Civ. Action No. 1:07-00151 (RWR) </br> ECF |

**[Proposed Revised] Scheduling Order**

IT IS HEREBY ORDERED that:

The initial scheduling order in this action is hereby amended as follows.  The case shall proceed with the following deadlines:

| | |
|---|---|
| Defendant's dispositive motion due | January 15, 2008 |
| Plaintiff's opposition and cross-motion due | March 11, 2008 |
| Defendants' reply and opposition to the cross motion due | April 8, 2008 |
| Plaintiff's reply to the cross motion due | April 22, 2008 |

**IT IS SO ORDERED.**

Dated this __ day of ____, 2007.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>

MICHAEL J. WALLERI
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK 99701
907-452-4716
walleri@gci.net

JOEL D. JOSEPH
Law Offices of Joel D. Joseph
Bar No. 183830
7272 Wisconsin Avenue, Suite 300
Bethesda, MD 20814
301-941-1989
joeljoseph@gmail.com

WILLIAM B. JAFFE
U.S. Dept. of Justice, Room 6109
20 Massachusetts Avenue, NW
Washington, D.C. 20035
202-353-7633
william.jaffe@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007 I sent, via electronic mail, a copy of the Proposed Revised Scheduling Order in this Action, addressed to:

| | |
|---|---|
| JOEL D. JOSEPH | MICHAEL J. WALLERI |
| Law Offices of Joel D. Joseph | Law Offices of Michael J. Walleri |
| Bar No. 183830 | 330 Wendell Street, Suite E |
| 7272 Wisconsin Avenue, Suite 300 | Fairbanks, AK 99701 |
| Bethesda, MD 20814 | 907-452-4716 |
| 301-941-1989 | walleri@gci.net |
| joeljoseph@gmail.com | |

Dated: October 16, 2007

      /s/William B. Jaffe
WILLIAM B. JAFFE