UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION <br> d/b/a SAGE MEMORIAL HOSPITAL, <br><br> Plaintiff, <br> v. <br><br> MICHAEL O. LEAVITT, <br> Secretary, United States Department of <br> Health and Human Services, <br><br> Defendant. | Civ. Action No. 1:07-0151 (RWR) <br> ECF |

**CONSENT NOTICE FOR ENLARGEMENT OF TIME**

With plaintiff's consent, defendant Michael O. Leavitt, Secretary, United States Department of Health and Human Services, by and through undersigned counsel, respectfully submit for the Court's consideration this consent notice, pursuant to paragraph 3 of the Scheduling Order in this action (dckt. # 9), extending the time to file defendant's motion for summary judgment and the corresponding schedule for filing any cross motions, opposition papers and reply papers. The parties submit this consent notice to extend this deadline from November 13, 2007 to January 15, 2008 for the following reasons. The parties are still attempting to settle this action. The parties need the additional period of time requested to determine whether budget allocations will permit any type of settlement and, if so, whether the parties can reach an agreement.

In addition, plaintiff has recently requested that defendant produce certain documents beyond what has already been produced and filed by defendant as the administrative record in this action. Plaintiff contends that it should be permitted to review these documents to ascertain whether they should be included in the administrative record. While defendant contends that

plaintiff is not entitled to include any additional documents in the administrative record, as they are beyond its scope, defendant has agreed to provide certain of these documents to plaintiff in order to avoid extra motion practice. However, defendant will not produce any requested document that is privileged based upon deliberative process or the attorney-client privilege. Defendant also renews its contention that the administrative record that has already been filed in this action is complete.

It will take defendant time to collect, review and produce these documents to plaintiff. Plaintiff will then need time to review the documents that have been produced and determine if it will file any subsequent motions based upon that production. This is the parties' first request for an enlargement of time of this deadline. This extension is sought in good faith and will not unfairly prejudice any party.

The parties consent that the case shall proceed with the following revised deadlines:

| | |
|---|---|
| Defendant's dispositive motion due | January 15, 2008 |
| Plaintiff's opposition and cross-motion due | March 11, 2008 |
| Defendants' reply and opposition to the cross motion due | April 8, 2008 |
| Plaintiff's reply to the cross motion due | April 22, 2008 |

WHEREFORE, based on the foregoing, defendant respectfully submits this consent notice to extend the deadline for summary judgment as described herein.

Dated: October 19, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA LIEBER
Assistant Branch Director
Civil Division

 s/ William B. Jaffe  (Electronic Filing)
WILLIAM B. JAFFE (NY Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 6109
Washington, D.C.  20530
Tel.: (202) 353-7633
Fax: (202) 616-8460
Email: william.jaffe@usdoj.gov
Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on October 19, 2007 I sent, via electronic mail, a copy of the enclosed Consent Notice for Enlargement of Time in this Action, addressed to:

| | |
|---|---|
| JOEL D. JOSEPH | MICHAEL J. WALLERI |
| Law Offices of Joel D. Joseph | Law Offices of Michael J. Walleri |
| Bar No. 183830 | 330 Wendell Street, Suite E |
| 7272 Wisconsin Avenue, Suite 300 | Fairbanks, AK 99701 |
| Bethesda, MD 20814 | 907-452-4716 |
| 301-941-1989 | walleri@gci.net |
| joeljoseph@gmail.com | |

Dated: October 19, 2007

          /s/William B. Jaffe
        WILLIAM B. JAFFE