Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
Tel: (907) 452-4716
Fax: (907) 452-4725

Joseph L. Kitto, Esq.
The Kitto Law Firm
5335 Wisconsin Avenue, N.W. Suite 440,
Washington, DC 20015
 Phone (202) 686-4856
Fax (301) 926-7379

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION/ SAGE MEMORIAL HOSPITAL,<br><br>               Plaintiff,<br><br>v.<br><br>THE HONORABLE MIKE LEAVITT, in his capacity as Secretary for Health and Human Services, the DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA,<br><br>               Defendants. | Civil Action No. 1:07-0151 (RWR)<br><br>**CONSENT NOTICE FOR ENLARGEMENT OF TIME** |

With defendant's consent, plaintiff, Navajo Health Foundation d/b/a Sage Memorial Hospital, by and through undersigned counsel, respectfully submits for the Court's consideration this consent notice, pursuant to paragraph 3 of the Scheduling Order in this action (Docket #9), scheduling plaintiff's proposed motion to supplement the administrative record and extending the time to file defendant's motion for summary judgment. The parties submit this consent notice to extend these deadlines, as described below, for the following reasons.

Plaintiff contends that it should be permitted to supplement the administrative record with certain documents beyond what has already been produced and filed by defendant as the administrative record in this action. While defendant contends that plaintiff is not entitled to include any additional documents in the administrative record, as they are beyond its scope, defendant and plaintiff have agreed to the following motion schedule for the plaintiff's motion to supplement the administrative record:

| | |
|---|---|
| Plaintiff's motion due | January 18, 2008 |
| Defendant's opposition due | February 11, 2008 |
| Plaintiff's reply due | February 18, 2008 |

Defendant's motion for summary judgment will be served within 45 days after the court's decision on the motion to supplement the administrative record.

WHEREFORE, based on the foregoing, defendant respectfully submits this consent notice to file plaintiff's motion to supplement the administrative record and to extend the deadline for the summary judgment motion as described above.

Dated:  January 3, 2008	s/Michael Walleri
	Law Offices of Michael J. Walleri
	330 Wendell Street, Suite E
	Fairbanks, Alaska 99701
	(907) 452-4716
	(907) 452-4725 (Facsimile)
	walleri@gci.net
	Alaska Bar Number: 7906060

Certificate of Service
I hereby certify that under penalty of perjury that a true and
correct copy of the foregoing was sent to the following counsel
of record on January 3, 2008 via electronic filing to:

Mike Leavitt
201 Independence NE SW
Washington, DC 20207

Attorney General
US Dept of Justice
950 Penn Ave
Washington, DC 20530

US Attorney
555 4th St NW
Washington, DC 20530

s/ Michael J. Walleri