UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION<br>d/b/a SAGE MEMORIAL HOSPITAL,<br><br>                Plaintiff,<br>     v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services,<br><br>                Defendant. | Civ. Action No. 1:07-0151 (RWR)<br>ECF |

## MOTION TO SUBSTITUTE COUNSEL

Defendant MICHAEL O. LEAVITT, through the United States Department of Justice, Civil Division, respectfully moves to substitute Mr. William B. Jaffe for Megan Rose as counsel of record. Mr. Jaffe's contact information and address are listed below. A proposed order is also attached.

CONTACT INFORMATION
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Room 6110
Washington, D.C. 20035
Tel: (202) 353-7633
Fax: (202) 616-8460
E-mail: William.Jaffe@usdoj.gov

Dated: January 8, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA LIEBER
Assistant Branch Director
Civil Division

 s/ William B. Jaffe  (Electronic Filing)
WILLIAM B. JAFFE  (NY Bar)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 6110
Washington, D.C.  20530
Tel.: (202) 353-7633
Fax: (202) 616-8460
Email: william.jaffe@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NAVAJO HEALTH FOUNDATION d/b/a SAGE MEMORIAL HOSPITAL, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Civ. Action No. 1:07-00151 (RWR) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, and THE UNITED STATES OF AMERICA, | ) ) ) ) ) | ECF  [Proposed] ORDER |
| Defendants. | ) ) ) | |

The motion of defendant MICHAEL O. LEAVITT to substitute William B. Jaffe as counsel of record for Megan Rose is GRANTED.

**IT IS SO ORDERED.**

Dated this __ day of January, 2008.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

Copies to:

MICHAEL J. WALLERI
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, AK 99701
907-452-4716
walleri@gci.net

JOEL D. JOSEPH
Law Offices of Joel D. Joseph
Bar No. 183830
7272 Wisconsin Avenue, Suite 300
Bethesda, MD 20814

301-941-1989
joeljoseph@gmail.com

WILLIAM B. JAFFE
U.S. Dept. of Justice, Room 6109
20 Massachusetts Avenue, NW
Washington, D.C. 20035
202-353-7633
william.jaffe@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008 I sent, via electronic mail, a copy of the enclosed

Motion to Substitute Counsel in this Action, addressed to:

| | |
|---|---|
| JOEL D. JOSEPH | MICHAEL J. WALLERI |
| Law Offices of Joel D. Joseph | Law Offices of Michael J. Walleri |
| Bar No. 183830 | 330 Wendell Street, Suite E |
| 7272 Wisconsin Avenue, Suite 300 | Fairbanks, AK 99701 |
| Bethesda, MD 20814 | 907-452-4716 |
| 301-941-1989 | walleri@gci.net |
| joeljoseph@gmail.com | |

Dated: January 8, 2008

    /s/William B. Jaffe
WILLIAM B. JAFFE