JOSEPH & ASSOCIATES
JOEL D. JOSEPH
7272 Wisconsin Avenue, Suite 300
Bethesda, MD 20814
(301) 941-1989

MICHAEL J. WALLERI
LAW OFFICES OF MICHAEL J. WALLERI
330 Wendell Street, Suite E
Fairbanks, AK 99701
(907) 452-4716

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION/ SAGE MEMORIAL HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>THE HONORABLE MIKE LEAVITT, in his capacity as Secretary for Health and Human Services, the DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA,<br><br>Defendants. | Civil Action No. 1:07-00151 (RWR)<br><br>**MOTION TO PERMIT DISCOVERY AND SUPPLEMENTATION OF THE RECORD** |

COMES NOW, Plaintiff, the Navajo Health Foundation to move the Court for

an order to order to permit discovery and supplementation of the record for the

reasons set forth in the accompanying memorandum.

Respectfully submitted this 22nd day of January, 2008.

>s/Michael Walleri
>Law Offices of Michael J. Walleri
>330 Wendell Street, Suite E
>Fairbanks, Alaska 99701
>(907) 452-4716
>(907) 452-4725 (Facsimile)
>walleri@gci.net
>Alaska Bar Number: 7906060

Certificate of Service
I certify that a true and correct copy of the foregoing was served on Jan 22, 2008 via ECF to:

Mr. William B. Jaffe
US Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20035

Megan Lindholm Rose
US Attorney Office
555 Fourth Street, NW
Room E-4220
Washington, DC 20530

s/Michael Walleri

JOSEPH & ASSOCIATES
JOEL D. JOSEPH
7272 Wisconsin Avenue, Suite 300
Bethesda, MD 20814
(301) 941-1989

MICHAEL J. WALLERI
LAW OFFICES OF MICHAEL J. WALLERI
330 Wendell Street, Suite E
Fairbanks, AK 99701
(907) 452-4716

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION/<br>SAGE MEMORIAL HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>THE HONORABLE MIKE LEAVITT, in his capacity as Secretary for Health and Human Services, the DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA,<br><br>Defendants. | Civil Action No. 1:07-00151 (RWR)<br><br>**ORDER GRANTING MOTION TO PERMIT DISCOVERY AND SUPPLEMENTATION OF THE RECORD** |

UPON Plaintiff's motion to permit discovery and supplementation of the record, and the Court being apprised of the premises therein,

**IT IS HEREBY ORDERED,** that Plaintiff's motion is hereby **GRANTED**. Plaintiff shall be permitted to undertake discovery in a manner consistent with Federal Rules of Civil Procedure and to supplement the record as may be appropriate.

Date: _____

_____
U.S. District Court Judge

<u>Certificate of Service</u>
I certify that a true and correct copy of the foregoing was served on <u>Jan 22</u>, 2008 via ECF to:

Mr. William B. Jaffe
US Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20035

Megan Lindholm Rose
US Attorney Office
555 Fourth Street, NW
Room E-4220
Washington, DC 20530

<u>s/Michael Walleri</u>