UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAVAJO HEALTH FOUNDATION )
d/b/a SAGE MEMORIAL HOSPITAL, )
)
                     Plaintiff, )
       v. ) Civ. Action No. 1:07-0151 (RWR)
) ECF
MICHAEL O. LEAVITT, )
Secretary, United States Department of )
Health and Human Services, )
)
                     Defendant. )
)

**CONSENT NOTICE FOR ENLARGEMENT OF TIME**

With plaintiff's consent, defendant, Michael O. Leavitt, by and through undersigned counsel, respectfully submits for the Court's consideration this consent notice, pursuant to paragraph 3 of the Scheduling Order in this action (dckt. # 9), scheduling plaintiff's motion to supplement the administrative record and extending the time to file defendant's motion for summary judgment. The parties submit this consent notice to extend these deadlines, as described below, for the following reasons.

Plaintiff contends that it should be permitted to supplement the administrative record with certain documents beyond what has already been produced and filed by defendant as the administrative record in this action. While defendant contends that plaintiff is not entitled to include any additional documents in the administrative record, defendant and plaintiff have agreed to the following 3 week extension of the motion schedule for plaintiff's motion to supplement the administrative record:

Defendant's opposition due                                            March 7, 2008

Plaintiff's reply due                                                    March 24, 2008

Defendant's motion for summary judgment will be served within 45 days after the court's decision on the motion to supplement the administrative record.

WHEREFORE, based on the foregoing, defendant respectfully submits this consent notice to file plaintiff's motion to supplement the administrative record and to extend the deadline for the summary judgment motion as described above.

Dated: February 15, 2008

        Respectfully submitted,

        JEFFREY S. BUCHOLTZ
        Acting Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        SHEILA LIEBER
        Assistant Branch Director
        Civil Division

          s/ William B. Jaffe  (Electronic Filing)
        WILLIAM B. JAFFE  (NY Bar)
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue N.W.  Room 6109
        Washington, D.C.  20530
        Tel.: (202) 353-7633
        Fax: (202) 616-8460
        Email: william.jaffe@usdoj.gov
        Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2008 I sent, via electronic mail, a copy of the enclosed Consent Notice for Enlargement of Time in this Action, addressed to:

| | |
|---|---|
| JOEL D. JOSEPH | MICHAEL J. WALLERI |
| Law Offices of Joel D. Joseph | Law Offices of Michael J. Walleri |
| Bar No. 183830 | 330 Wendell Street, Suite E |
| 7272 Wisconsin Avenue, Suite 300 | Fairbanks, AK 99701 |
| Bethesda, MD 20814 | 907-452-4716 |
| 301-941-1989 | walleri@gci.net |
| joeljoseph@gmail.com | |

Dated: February 15, 2008

                                            /s/William B. Jaffe
                                      WILLIAM B. JAFFE