Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska  99701
Tel: (907) 452-4716
Fax: (907) 452-4725

Joel David Joseph
Law Offices of Joel D. Joseph
1223 Wilshire Boulevard, Suite 1413
Santa Monica, CA 90403
Tel: (310) 922-1856
Fax: (310) 496-0509

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION/ SAGE MEMORIAL HOSPITAL, <br><br> Plaintiff, <br><br> v. <br><br> THE HONORABLE MIKE LEAVITT, in his capacity as Secretary for Health and Human Services, the DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Civil Action No. 1:07-0151 (RWR) <br><br> **CONSENT NOTICE FOR ENLARGEMENT OF TIME** |

With defendant's consent, plaintiff, Navajo Health Foundation d/b/a Sage Memorial Hospital, by and through undersigned counsel, respectfully submits for the Court's consideration this consent notice, pursuant to paragraph 3 of the Scheduling Order in this action (Docket #9), scheduling Plaintiff's reply on Plaintiff's motion to supplement the administrative record. The parties submit this consent notice to extend these deadlines, as described below, because Plaintiff's counsel was required to take an unscheduled travel which delayed the preparation of the reply.

Defendant and plaintiff have agreed to the following schedule for the plaintiff's motion to supplement the administrative record:

Plaintiff's reply due                                              March 31, 2008

WHEREFORE, based on the foregoing, Plaintiff respectfully submits this consent notice to file plaintiff's motion to supplement the administrative record and to extend the deadline for the summary judgment motion as described above.

Dated: March 24, 2008            s/Michael Walleri
                                 Law Offices of Michael J. Walleri
                                 330 Wendell Street, Suite E
                                 Fairbanks, Alaska 99701
                                 (907) 452-4716
                                 (907) 452-4725 (Facsimile)
                                 walleri@gci.net
                                 Alaska Bar Number: 7906060

<u>Certificate of Service</u>
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on March 24, 2008 via electronic filing to:

Mike Leavitt
201 Independence NE SW
Washington, DC 20207

Attorney General
US Dept of Justice
950 Penn Ave
Washington, DC 20530

US Attorney
555 4th St NW
Washington, DC 20530

<u>s/ Michael J. Walleri</u>

Michael J. Walleri
Law Offices of Michael J. Walleri
330 Wendell Street, Suite E
Fairbanks, Alaska 99701
Tel: (907) 452-4716
Fax: (907) 452-4725

Joel David Joseph
Law Offices of Joel D. Joseph
1223 Wilshire Boulevard, Suite 1413
Santa Monica, CA 90403
Tel: (310) 922-1856
Fax: (310) 496-0509

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION/ SAGE MEMORIAL HOSPITAL, <br><br> Plaintiff, <br><br> v. <br><br> THE HONORABLE MIKE LEAVITT, in his capacity as Secretary for Health and Human Services, the DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | Civil Action No. 1:07-0151 (RWR) <br><br> **ORDER GRANTING CONSENT NOTICE FOR ENLARGEMENT OF TIME** |

UPON Plaintiff's Consent Notice for Enlargement of Time and the Court being apprised of the premises therein,

**IT IS HEREBY ORDERED,** that Plaintiff's Notice for Enlargement of Time is hereby **GRANTED**. Plaintiff's reply will be due on or before March 31, 2008.

Date: _____

                                                    U.S. District Court Judge

fCertificate of Service
I hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on January 18, 2008 via electronic filing to:

Mike Leavitt
201 Independence NE SW
Washington, DC 20207

Attorney General
US Dept of Justice
950 Penn Ave
Washington, DC 20530

US Attorney
555 4th St NW
Washington, DC 20530

s/ Michael J. Walleri