IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION/ SAGE MEMORIAL HOSPITAL,<br><br>             Plaintiff,<br><br>v.<br><br>THE HONORABLE MIKE LEAVITT, in his capacity as Secretary for Health and Human Services, the DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA,<br><br>             Defendants. | Civil Action No. 1:07-00151 (RWR) |

## REQUEST FOR ORAL ARGUMENT ON MOTION FOR DISCOVERY AND SUPPLEMENTATION OF THE RECORD

Plaintiff requests oral argument on the motion for discovery and for supplementation of the record. This is a crucial motion necessary for justice in this case. The record is inadequate and in order to protect the due process rights of plaintiff, oral argument is essential.

Justice William J. Brennan observed:

> [O]ften my whole notion of what a case is about crystallizes at oral argument. This happens even though I read the briefs before oral argument . . . . Often my idea of how a case shapes up is changed by oral argument . . . . Oral argument with us is a Socratic dialogue between Justices and counsel." Robert L. Stern, et al., *Supreme*

>  *Court Practice: For Practice in the Supreme Court of the United States* 671 (2002) (quoting Harvard Law School Occasional Pamphlet No. 9, 22-23 (1967)).

Justice Antonin Scalia asserts that he uses oral argument "[t]o give counsel his or her best shot at meeting my major difficulty with that side of the case. 'Here's what's preventing me from going along with you. If you can explain why that's wrong, you have me.'" Hon. Joseph W. Hatchett & Robert J. Telfer, III, *The Importance of Appellate Oral Argument*, 33 Stetson L. Rev. 139, 142 (2003) (quoting Stephen M. Shapiro, Questions, Answers, and Prepared Remarks, 15 Litigation 33 (Spring 1989) (in turn citing *This Honorable Court (*WETA television broadcast 1988)).

Oral argument allows judges to probe the depth of counsel's arguments and positions, to test counsel's conviction and belief in his own assertions, and to satisfy the judge's own intellectual curiosity.

Judge Richard A. Posner of the Seventh Circuit noted, "the value of oral argument to judges is very high. Oral argument gives judges the chance to ask questions of counsel. It also provides a period of focused and active judicial consideration of the case." The *Federal Courts:  Challenge and Reform,* Harvard University Press, Cambridge, Ma., 1999 at 161.

Judge Joel Dubina of the Eleventh Circuit Court of Appeals has noted, "I have seen cases where good oral argument compensated for a poor brief

*Navajo Health Foundation v Leavitt*  Page 2
Request for Oral Argument

and saved the day for that litigant. I have also seen effective oral argument preserve the winning of a deserving case." *From the Bench: Effective Oral Advocacy*, 20 Litigation 3, 3-4 (Winter, 1994).

    For all of these reasons, oral argument should be granted.

                                  Respectfully submitted,

                                  s/Joel D. Joseph

                                  JOEL D. JOSEPH
                                  4938 Hampden Lane, Suite 118
                                  Bethesda, MD 20814
                                  (310) 394-6600