JUDGE'S COPY

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | TYPE E | | |
|---|---|---|---|---|
| CASE NO: 7-151 | DATE REFERRED: 4/8/08 <br><br> DISPOSITION DATE: | PURPOSE: DISCOVERY | JUDGE: ROBERTS | MAG. JUDGE Deborah A. Robinson |

| PLAINTIFF(S): <br> NAVAJO | DEFENDANT(S): <br> LEAVITT |
|---|---|

ENTRIES:

MOTION PENDING