UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION ) <br> d/b/a SAGE MEMORIAL HOSPITAL, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> Secretary, United States Department of ) <br> Health and Human Services, and ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendants. ) <br> _____) | Civ. Action No. 1:07-00151 (RWR) <br> ECF |

**[Proposed] SCHEDULING ORDER**

Upon consent of both sides in this action, it is hereby ORDERED that:

1. Each party is limited to twenty interrogatories.

2. Each party is limited to ten document requests.

3. Interrogatories and document requests are to be served within 30 days of the date of this order.

4. Each party is limited to four depositions of up to three hours each.

5. Requests for Admission are to be served in accordance with Fed. R. Civ. P. Rule 36, and are to be served no later than November 20, 2008.

6. All depositions, and all discovery, are to be completed no later than December 20, 2008.

Dated this \_\_ day of April, 2008.
So Ordered:

_____
U.S. Magistrate Judge

1