IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION<br>d/b/a SAGE MEMORIAL HOSPITAL,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services, and<br>UNITED STATES OF AMERICA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:07-000151<br>)  (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO APPEAR *PRO HAC VICE*

THE UNDERSIGNED MOVES this Honorable Court to admit, *pro hac vice*, Lindsay R. Naas, of Chandler, Arizona for the above-captioned matter. This motion is supported by the attached memorandum.

/s/
_____
JOEL D. JOSEPH
Attorney for Plaintiff
(310) 922-1856

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION<br>d/b/a SAGE MEMORIAL HOSPITAL,<br><br>        Plaintiff.<br><br>        v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services, and<br>UNITED STATES OF AMERICA,<br><br>        Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:07-000151<br>)   (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

    LCvR 83.2(d) requires that any attorney seeking to appear *pro hac vice* must have a member of the bar of this Court file a motion accompanied by a declaration of the attorney seeking to appear that sets forth her fitness to appear *pro hac vice* before this Court. A declaration by Ms. Naas as required by LCvR 83.2(d) is attached hereto.

                                     /s/

                                   _____
                                   JOEL D. JOSEPH
                                   Attorney for Plaintiff
                                   (310) 922-1856

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAVAJO HEALTH FOUNDATION )
d/b/a SAGE MEMORIAL HOSPITAL, )
)
Plaintiff, )
)
v. )   Civil Action No. 1:07-000151
)   (RWR)
MICHAEL O. LEAVITT, )
Secretary, United States Department of )   **DECLARATION**
Health and Human Services, and )
UNITED STATES OF AMERICA )
)
Defendants. )
)

I, LINDSAY R. NAAS, hereby declare and affirm under penalty of perjury:

1) That my full name is Lindsay Ruth Naas;

2) My office is located at 21633 South 156th Street, Chandler, Arizona 85249, and my office telephone number is (480) 988-5450.

3) I have been admitted to the Minnesota bar since 1987, the Maryland Bar since 1995, and the Arizona Bar since 2001. My Minnesota and Maryland Bar memberships are currently in an inactive status; my Arizona Bar membership is in an active status and in good standing (see Certificate of Good Standing attached hereto).

4) I have never been disciplined by any bar;

5) I have not applied for admission *pro hac vice* with this Court in the past two years; and

1

6)  I do not maintain an office in the District of Columbia.

DATED this 4th day of August, 2008.

*Lindsay R. Naas*

LINDSAY R. NAAS
Law Office of Lindsay R. Naas
21633 South 156th Street
Chandler, AZ 85249
(480) 988-5450
(480) 988-5470 facsimile
lrnaas@aol.com
Arizona Bar No. 020253

CERTIFICATE OF GOOD STANDING
ISSUED BY THE DISCIPLINARY CLERK
FOR AND ON BEHALF OF
THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **LINDSAY RUTH NAAS,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on May 24, 2001, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 31st day of July, 2008.

*Leticia V. D'Amore*
Leticia V. D'Amore
Disciplinary Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION/ SAGE MEMORIAL HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>THE HONORABLE MIKE LEAVITT, in his capacity as Secretary for Health and Human Services, the DEPARTMENT OF HEALTH AND HUMAN SERVICES, and THE UNITED STATES OF AMERICA,<br><br>Defendants. | Civil Action No. 1:07-00151 (RWR) |

## **ORDER GRANTING *PRO HAC VICE***

UPON Plaintiff's motion for Lindsay R. Naas to appear *Pro Hac Vice* and the Court being apprised of the premises therein,

**IT IS HEREBY ORDERED,** that Plaintiff's motion to appear *Pro Hac Vice* is hereby **GRANTED**.

Date: _____

                                                                           U.S. District Court Judge