UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAVAJO HEALTH FOUNDATION ) <br> D/B/A SAGE MEMORIAL HOSPITAL ) <br> ) <br> Plaintiff ) <br> ) <br> v.  ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> Secretary, United States Department of ) <br> Health and Human Services, and ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> Defendants ) | Civil Action No. 1:07000151 (RWR) |

## CONSENT MOTION FOR A STAY OF PROCEEDINGS

In order to facilitate renewed settlement discussions and a substitution of counsel for plaintiff, the parties respectfully request a stay of all proceedings in this case for 120 days, from August 1, 2008 until November 28, 2008. The parties also request a revision of the scheduling order as follows:

In the event that this case is not settled by November 28, 2008, discovery and defendant's motion for summary judgment will follow the schedule listed below.

    1.    Interrogatories and requests for production can be served starting November 29, 2008.

    2.    Each party is limited to twenty interrogatories.

    3.    Each party is limited to ten document requests.

    4.    Each party is limited to four depositions of up to three hours each.

    5.    All depositions are to be completed no later than February 28, 2009.

6.	Requests for Admission are to be served in accordance with Fed. R. Civ. P. Rule 36, and are to be served no later than February 28, 2009.

7.	Discovery shall be completed by March 28, 2009.

8.	Defendant's motion for summary judgment shall be served no later than June 1, 2009.

9.	Plaintiff's opposition to the motion for summary judgment, and cross-motion, if any, shall be served no later than June 29, 2009.

10.	Defendant's reply shall be served no later than July 13, 2009.

11.	Plaintiff's reply in support of the cross-motion shall be served no later than July 27, 2009.

/S/

_____
JOEL D. JOSEPH
Attorney for Plaintiff


_____
WILLIAM B. JAFFE
Attorney for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NAVAJO HEALTH FOUNDATION d/b/a SAGE MEMORIAL HOSPITAL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. Action No. 1:07-00151 (RWR) ECF |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services,  and THE UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### [Proposed] REVISED SCHEDULING ORDER

Upon consent of both sides in this action, it is hereby ORDERED that:

The parties' motion for a stay of all proceedings in this case for 120 days, from August 1, 2008 until November 28, 2008 is GRANTED.

In the event that this case is not settled by November 28, 2008, discovery and defendant's motion for summary judgment will follow the schedule listed below.

1. Interrogatories and requests for production can be served starting November 29, 2008.

2. Each party is limited to twenty interrogatories.

3. Each party is limited to ten document requests.

4. Each party is limited to four depositions of up to three hours each.

5. All depositions are to be completed no later than February 28, 2009.

6. Requests for Admission are to be served in accordance with Fed. R. Civ. P. Rule 36, and are to be served no later than March 28, 2009.

7. Discovery shall be completed by March 28, 2009.

8. Defendant's motion for summary judgment shall be served no later than June 1, 2009.

9. Plaintiff's opposition to the motion for summary judgment, and cross-motion, if any, shall be served no later than June 29, 2009.

10. Defendant's reply shall be served no later than July 13, 2009.

11. Plaintiff's reply in support of the cross-motion shall be served no later than July 27, 2009.


Dated this __ day of August, 2008.
So Ordered:

_____
JUDGE, UNITED STATES DISTRICT COURT